J S - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**JEFFREY P. PERROTTE,**

Plaintiff,

v.

**ALICE BOULTON, et al.,**

Defendants.

Case No. 5:22-CV-01593-SSS-SPx

**JUDGMENT**

The Court, having granted Defendants' motion for summary judgment (ECF No. 98), enters judgment in favor of Defendants Jesse Rodriguez, Alice Boulton, and Judith Vella. Defendants, as the prevailing party, may seek costs as allowed by Federal and Local Rules.

Dated: August 4, 2025

Hon. Sunshine Suzanne Sykes
U.S. District Judge

1